No. 89–1478.  SCALISE ET AL. *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 89–1488.  JOSHUA BASIN PARTNERSHIP ET AL. *v.* UNITED STATES DEPARTMENT OF THE INTERIOR.  C. A. 10th Cir.  Certiorari denied.

No. 89–1492.  COLLIER *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 89–5981.  LINER *v.* JONES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–6184.  CALLANAN *v.* UNITED STATES; and
No. 89–6203.  CALLANAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 89–6311.  GAMBLE *v.* JONES, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN.  Sup. Ct. Mo.  Certiorari denied.

No. 89–6363.  SCROGGINS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–6367.  LEEDS *v.* DEPARTMENT OF COMMERCE; and LEEDS *v.* QUIGG, COMMISSIONER OF PATENTS AND TRADEMARKS.  C. A. Fed. Cir.  Certiorari denied.

No. 89–6377.  CRAWFORD *v.* DAVIS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–6386.  ANDERSON *v.* ROCKWELL INTERNATIONAL, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–6417.  JONES *v.* CELOTEX CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–6421.  ELY *v.* HAGG ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–6434.  VILLASENOR *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–6450.  ROSS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.